**United States Bankruptcy Court**
**Northern District of Illinois**

---

In re: Cynthia R. Awoyoola, 14-27401, ABG

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

Undeliverable Address:

        Nationwide Acceptance
        Attn: Rebecca
        3435 N. Cicero Ave
        Chicago, IL 60641-3782

**THE UPDATED ADDRESS IS:**

        Nationwide Acceptance LLC
        10255 W Higgins Rd
        Ste 300
        Rosemont, IL 60018-5620

_____        7/6/18
Signature of Debtor or Debtor's Attorney        Date